IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN CARLOS ALMONTE,

    Plaintiff,

v.                                                                                               4:23cv31–WS/MAF

LAURA TAYLOR SWAIN,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed January 20, 2023. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed no objections to the magistrate judge's report and recommendation.

As did the magistrate judge, the undersigned finds that the plaintiff—whose complaint fails to make a colorable showing that he is in imminent danger of serious physical injury—is barred under § 1915(g) from proceeding in forma pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall close the case, noting on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this __19th__ day of __February__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE